UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

WANDO MYRON STACY II,

    Petitioner,

v.                                         3:06-cv-333

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, the court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** for failure to prosecute and to comply with the orders of the court. The court further **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R:**

                                                  s/ Thomas W. Phillips
                                                United States District Judge

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
     CLERK OF COURT